# UNITED STATES DISTRICT COURT
## District of Minnesota

RECEIVED
CLERK U.S. DISTRICT COURT

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West. First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

# TRANSMITTAL SHEET

**Date:** August 16, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kay Furchner, U.S. District Court - St. Paul, Minnesota

**Appeal Number:** **06-2941**

**District Court Number:** CR 02-355 MJD/JGL **Marco Antonio Lucio Garcia**

### TRANSMITTED HEREWITH:

Three (3) Designated Clerk's Records

(X) Entered in ECF (USDC purposes only)

---

### USCA ACKNOWLEDGMENT

Received

By:

Returned to District Court

Date:

By:

RECEIVED
AUG 17 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT - ST. PAUL

SCANNED
AUG 18 2006
U.S. DISTRICT COURT ST. PAUL


Form Modified 06/...

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No. 06-2941

vs.

Marco Antonio Lucio Garcia — Criminal No. CR 02-355 MJD/JGL

Date delivered to U.S.C.A.: August 16, 2006

Prepared by: mf

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Marco Antonio Lucio Garcia**

U.S.C.A. #: 06-2941
District Court #: Criminal CR 02-355 MJD/JGL

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 11/13/02 | 1-2 |
| 2. | ORDER BY MAGISTRATE JUDGE LEBEDOFF RE: PRETRIAL MOTIONS | 5/31/05 | 3-6 |
| 3. | REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE LEBEDOFF RE: PRETRIAL MOTIONS | 5/31/05 | 7-10 |
| 4. | ORDER BY JUDGE DAVIS RE: PRETRIAL MOTIONS | 6/27/05 | 11 |
| 5. | PLEA AGREEMENT AND SENTENCING STIPULATIONS | 3/21/06 | 12-19 |
| 6. | JANEZ' POSITION WITH REGARD TO SENTENCING FACTORS | 6/28/06 | 20-22 |
| 7. | JUDGMENT | 7/7/06 | 23-27 |
| 8. | ORDER BY JUDGE DAVIS RE: POST TRIAL MOTIONS | 7/24/06 | 28-29 |
| 9. | NOTICE OF APPEAL | 7/26/06 | 30-31 |
| 10. | DOCKET SHEET | | 32-38 |